UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,

     Plaintiff,

                                              Hon. Paul L. Maloney

v.

                                              Case No. 1:23-cr-152

BRIDGET BUREAU,

     Defendant.

_____/

**ORDER OF BOND MODIFICATION**

On January 16, 2024, defendant was released on bond. (ECF No. 11.) Due to a revision to the process under which the Administrative Office authorizes the U.S. Probation Office to perform criminal records checks, bond in this case is amended to require non-reporting supervision. This amendment is being made only to allow U.S. Probation to continue to perform routine criminal records checks. The Court does not intend any other change to Defendant's bond at this time.

     IT IS SO ORDERED.

Dated: February 9, 2026                    /s/ Sally J. Berens
                                       SALLY J. BERENS
                                       U.S. Magistrate Judge